BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr., Esq. (SBN 175783)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002
E-mail: fbottini@bottinilaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BASCHERI and JIM CHUNG, derivatively on behalf of HEWLETT-PACKARD COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>LEO APOTHEKER, MICHAEL LYNCH, SHANE ROBISON, CATHERINE A. LESJAK, MARC L. ANDREESEN, SHUMEET BANERJI, RAJIV L. GUPTA, JOHN H. HAMMERGREN, RAYMOND J. LANE, ANN M. LIVERMORE, GARY M. REINER, PATRICIA F. RUSSO, G. KENNEDY THOMPSON, MARGARET C. WHITMAN, RALPH WHITWORTH, LAWRENCE T. BABBIO, JR., DOMINIQUE SENEQUIER, KPMG LLP, DELOITTE LLP, and DOES 1 through 20, inclusive,<br><br>Defendants,<br><br>and<br><br>HEWLETT-PACKARD COMPANY,<br><br>Nominal Defendant. | No. 12-cv-6091-LB<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED:  December 4, 2012                    BOTTINI & BOTTINI, INC.

                                                                        By:  s/ Francis A. Bottini, Jr.
                                                                              Francis A. Bottini, Jr., Esq.

                                                                              BOTTINI & BOTTINI, INC.
                                                                              7817 Ivanhoe Avenue, Suite 102
                                                                              La Jolla, California  92037
                                                                              Telephone:  (858) 914-2001
                                                                              Facsimile:   (858) 914-2002
                                                                              E-mail:  fbottini@bottinilaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2012, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

<u>s/ Francis A. Bottini, Jr.</u>
Francis A. Bottini, Jr.