1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    BRUCE A. ERICSON  #76342
2   bruce.ericson@pillsburylaw.com
    LAURA C. HURTADO  #267044
3   laura.hurtado@pillsburylaw.com
    Four Embarcadero Center, 22nd Floor
4   Post Office Box 2824
    San Francisco, CA  94126-2824
5   Telephone: (415) 983-1000
    Facsimile: (415) 983-1200
6
    Attorneys for Defendant
7   LEO APOTHEKER

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11

12   ANDREA BASCHERI and JIM CHUNG,              No. C-12-6091-CRB
     derivatively on behalf of HEWLETT-
13   PACKARD COMPANY,                            **NOTICE OF APPEARANCE ON
                                                 BEHALF OF DEFENDANT
14                          Plaintiff,           LEO APOTHEKER**

15        vs.

16   LEO APOTHEKER, et al.,

17                          Defendants.

18
          - and  -
19
20   HEWLETT-PACKARD COMPANY,

21                 Nominal Defendant.

22

23

24

25

26

27

28

     501096494v1

1  TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS

2  OF RECORD:

3        PLEASE TAKE NOTICE that Bruce A. Ericson and Laura C. Hurtado of the law

4  firm of Pillsbury Winthrop Shaw Pittman LLP are hereby appearing as counsel of record

5  for Defendant LEO APOTHEKER in the above-entitled action and hereby request that all

6  notices given or required to be given, and all papers file or served or required to be served,

7  in this action be provided to and served on:

8  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BRUCE A. ERICSON  #76342
9  bruce.ericson@pillsburylaw.com
   LAURA C. HURTADO  #267044
10 laura.hurtado@pillsburylaw.com
   Four Embarcadero Center, 22nd Floor
11 San Francisco, CA 94111
   (Mailing Address:  Post Office Box 2824
12 San Francisco, CA  94126-2824)
   Telephone:     (415) 983-1000
13 Facsimile:     (415) 983-1200

14

15      Dated:  February 15, 2013.
                          PILLSBURY WINTHROP SHAW PITTMAN LLP
16                        BRUCE A. ERICSON
                          LAURA C. HURTADO
17                        Four Embarcadero Center, 22nd Floor
                          Post Office Box 2824
18                        San Francisco, CA  94126-2824

19                        By _____/s/ Bruce A. Ericson_____
                                          Bruce A. Ericson
20

21                        Attorneys for Defendant
                          LEO APOTHEKER

22

23

24

25

26

27

28

501096494v1