1  STEVEN M. SCHATZ, State Bar No. 118356
   sschatz@wsgr.com
2  KATHERINE L. HENDERSON, State Bar No. 242676
   khenderson@wsgr.com
3  BRYAN J. KETROSER, State Bar No. 239105
   bketroser@wsgr.com
4  BRIAN DANITZ, State Bar No. 247403
   bdanitz@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  650 Page Mill Road
   Palo Alto, CA 94304-1050
7  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
8
   Attorneys for Defendant
9  Catherine A. Lesjak

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

13  ANDREA BASCHERI and JIM CHUNG,            )   Case No. 12-CV-06091-CRB
    derivatively on behalf of HEWLETT-PACKARD )
14  COMPANY,                                  )
                                              )
15                                            )   **CERTIFICATION OF**
                     Plaintiff,               )   **INTERESTED ENTITIES OR**
16          vs.                               )   **PERSONS**
                                              )
17  LEO APOTHEKER; MICHAEL LYNCH;             )
    SHANE ROBISON; CATHERINE A.               )
18  LESJAK; MARC  L. ANDREESEN;               )   Hon. Charles R. Breyer
    SHUMEET BANERJI; RAJIV L. GUPTA;          )
19  JOHN H. HAMMERGREN; RAYMOND J.            )
    LANE; ANN M. LIVERMORE; GARY M.           )
20  REINER; PATRICIA F. RUSSO; G.             )
    KENNEDY THOMPSON; MARGARET C.             )
21  WHITMAN; RALPH WHITWORTH;                 )
    LAWRENCE T. BABBIO, JR.; DOMINIQUE        )
22  SENEQUIER, JR.; KPMG LLP; DELOITTE        )
    LLP; and DOES 1 through 20, inclusive,    )
23                                            )
                                              )
24                   Defendants,              )
                                              )
25          and                               )
                                              )
26  HEWLETT-PACKARD COMPANY, a                )
    Delaware corporation,                     )
27                                            )
                     Nominal Defendant.       )
28  _____)

CERTIFICATION OF INTERESTED ENTITIES OR
PERSONS
CASE NO.:  12-CV-06091-CRB

1    Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than

2   the named parties, there is no such interest to report.

3   Dated:  February 15, 2013                    Respectfully submitted,

4                                                WILSON SONSINI GOODRICH & ROSATI
                                                 Professional Corporation
5                                                STEVEN M. SCHATZ
                                                 KATHERINE L. HENDERSON
6                                                BRYAN J. KETROSER
                                                 BRIAN DANITZ
7

8                                                      /s/
                                                 BRIAN DANITZ
9

10                                               650 Page Mill Road
                                                 Palo Alto, CA  94304-1050
11                                               Telephone:  (650) 493-9300
                                                 Facsimile:   (650) 565-5100
12
                                                 *Attorneys for Defendant
13                                               Catherine A. Lesjak*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28