UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP RICCARDI,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL R. LYNCH, et al.<br><br>        Defendants,<br><br>-and-<br><br>HEWLETT-PACKARD COMPANY,<br><br>        Nominal Defendant. | CASE NO. 12-CV-06003<br><br>DECLARATION OF BRYAN L. CLOBES IN SUPPORT OF PLAINTIFF STANLEY MORRICAL'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF A LEADERSHIP STRUCTURE FOR PLAINTIFFS' COUNSEL<br><br>Date:    March 1, 2013<br>Time:   10:00 a.m.<br>Ctrm:   6, 17th Floor<br>Judge:  Hon. Charles R. Breyer |
| *[Caption continues on following page.]* | |

CLOBES DECLARATION                                                                                         Page 1

| | | |
|---|---|---|
| 1 | ENERSTO ESPINOZA, | CASE NO. 12-CV-06025 |
| 2 | Plaintiff, | Judge: Hon. Charles R. Breyer |
| 3 | v. | Complaint Filed: November 27, 2012 |
| 4 | MICHAEL R. LYNCH, et al. | |
| 5 | Defendants, | |
| 6 | -and- | |
| 7 | | |
| 8 | HEWLETT-PACKARD COMPANY, | |
| 9 | Nominal Defendant. | |
| 10 | ANDREA BASCHERI, et al, | CASE NO. 12-CV-06091 |
| 11 | Plaintiffs, | Judge: Hon. Charles R. Breyer |
| 12 | v. | Complaint Filed: November 30, 2012 |
| 13 | LEO APOTHEKER, et al. | |
| 14 | Defendants, | |
| 15 | | |
| 16 | -and- | |
| 17 | HEWLETT-PACKARD COMPANY, | |
| 18 | Nominal Defendant. | |
| 19 | MARTIN BERTISCH, | CASE NO. 12-CV-06123 |
| 20 | Plaintiff, | Judge: Hon. Charles R. Breyer |
| 21 | v. | Complaint Filed: December 3, 2012 |
| 22 | LEO APOTHEKER, et al. | |
| 23 | Defendants, | |
| 24 | | |
| 25 | -and- | |
| 26 | HEWLETT-PACKARD COMPANY, | |
| 27 | Nominal Defendant. | |
| 28 | | |

| | |
|---|---|
| CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM,<br><br>　　　　　　Plaintiff,<br>v.<br><br>LEO APOTHEKER, et al.<br><br>　　　　　　Defendants,<br><br>　　-and-<br><br>HEWLETT-PACKARD COMPANY,<br><br>　　　　Nominal Defendant. | CASE NO. 12-CV-06416<br><br>Judge:　　Hon. Charles R. Breyer<br>Complaint Filed: December 18, 2012 |
| JOSEPH TOLA,<br><br>　　　　　　Plaintiff,<br>v.<br><br>MICHAEL R. LYNCH, et al.<br><br>　　　　　　Defendants,<br><br>　　-and-<br><br>HEWLETT-PACKARD COMPANY,<br><br>　　　　Nominal Defendant. | CASE NO. 12-CV-06423<br><br>Judge:　　Hon. Charles R. Breyer<br>Complaint Filed: December 18, 2012 |

| | |
|---|---|
| 1  STANLEY MORRICAL, | CASE NO. 12-CV-06434 |
| 2          Plaintiff, | Judge:    Hon. Charles R. Breyer |
| 3      v. | Complaint Filed: December 19, 2012 |
| 4  MARGARET C. WHITMAN, et al. | |
| 5          Defendants, | |
| 6      -and- | |
| 7  HEWLETT-PACKARD COMPANY, | |
| 8          Nominal Defendant. | |

I, BRYAN L. CLOBES, hereby declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of New Jersey and the Commonwealth of Pennsylvania. I have an application pending before this Court seeking *pro hac vice* admission. The statements contained herein are true and correct and based upon my personal knowledge.

2. I am a partner in the law firm Cafferty Clobes Meriwether & Sprengel LLP ("Cafferty Clobes"). Cafferty Clobes has offices in Philadelphia, Pennsylvania, Chicago, Illinois and Ann Arbor, Michigan.

3. I am a member in good standing of the bars of the Commonwealth of Pennsylvania, the State of New Jersey, the United States District Courts for the Eastern District of Pennsylvania, the District of New Jersey, the Northern District of Illinois, the Eastern District of Michigan, the United States Courts of Appeals for the Third and Sixth Circuits, and the United States Supreme Court.

4. On December 18, 2012 my firm filed a Complaint in this matter on behalf of our client Joseph Tola.

5. Shortly thereafter, I was contacted by lawyers at Cotchett Pitre & McCarthy ("CPM"), who had filed a Complaint on behalf of their client Stanley Morrical. The lawyers at CPM expressed an interest in working cooperatively on behalf of our client shareholders and HP derivatively. They made clear their interest in an inclusive approach and in seeking a leadership position in the case.

6. During our discussions with the lawyers at CPM, we agreed to have and participate in a conference call with all plaintiffs' counsel ("conference call") to cover topics including organizational issues, a joint motion for consolidation, a proposed initial pretrial

schedule and order, service of process, and communicating with defense counsel regarding these various issues.

7. At no time prior to the conference call were we contacted by any lawyers from either Robbins Arroyo or Saxena White.

8. During the conference call, the lawyers from Robbins Arroyo and Saxena White made clear their insistence that their two firms serve as lead counsel and there be no executive or steering committee. These lawyers made clear their view that they are entitled to serve as lead counsel because they represent the City of Birmingham, among their three Plaintiff clients. They were not willing to discuss any other possible leadership structure and rejected entirely the suggestion of an executive or steering committee.

9. Based on the relative experience of the firms seeking to serve as lead counsel, and their approach taken thus far in this case to discuss and help to organize counsel and their collective efforts on behalf of Plaintiffs and HP, I have no doubt that CPM is best suited to serve as lead counsel. Also, given the size of this case, and the sophistication and resources of the various corporate Defendants, it is clear that a modest executive committee would greatly benefit and help carry the burden of litigating this important case.

10. For the reasons stated in CPM's opening brief and the exhibits thereto, my firm and Bottini & Bottini are well-qualified and suited to serve on an executive committee to assist lead counsel in prosecuting this case.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: February 15, 2013

Bryan L. Clobes