| | |
|---|---|
| 1 | DANIEL BOOKIN (S.B. #78996) |
| | dbookin@omm.com |
| 2 | O'MELVENY & MYERS LLP |
| | Two Embarcadero Center, 28th Floor |
| 3 | San Francisco, California 94111-3823 |
| | Telephone: (415) 984-8700 |
| 4 | Facsimile: (415) 984-8701 |
| 5 | MATTHEW W. CLOSE (S.B. #188570) |
| | mclose@omm.com |
| 6 | O'MELVENY & MYERS LLP |
| | 400 South Hope Street |
| 7 | Los Angeles, California 90071-2899 |
| | Telephone: (213) 430-6000 |
| 8 | Facsimile: (213) 430-6407 |
| 9 | Attorneys for Defendant |
| | Shane Robison |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| ANDREA BASCHERI and JIM CHUNG, derivatively on behalf of HEWLETT-PACKARD COMPANY, | Case No. 12-CV-06091-CRB |
| Plaintiffs, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | Hon. Charles R. Breyer |
| LEO APOTHEKER, MICHAEL LYNCH, SHANE ROBISON, CATHERINE A. LESJAK, MARC L. ANDREESSEN, SHUMEET BANERJI, RAJIV L. GUPTA, JOHN H. HAMMERGREN, RAYMOND J. LANE, ANN M. LIVERMORE, GARY M. REINER, PATRICIA F. RUSSO, G. KENNEDY THOMPSON, MARGARET C. WHITMAN, RALPH WHITWORTH, LAWRENCE T. BABBIO, JR., DOMINIQUE SENEQUIER, KPMG LLP, DELOITTE LLP, and DOES 1 through 20, inclusive, | |
| Defendants, | |
| and | |
| HEWLETT-PACKARD COMPANY, | |
| Nominal Defendant. | |

1  **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

2  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
3  named parties, there is no such interest to report.

4  Dated: February 19, 2013  O'MELVENY & MYERS LLP

6  By: /s/ Daniel Bookin
7  Daniel Bookin
   Matthew W. Close
   Attorneys for Defendant
8  Shane Robison

- 2 -

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS
12-CV-06091-CRB